AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Sundiadaa Qrundaa Miller,

Plaintiff,

v.

Timothy Ruffini; Office of the District Attorney; Savannah Police Department; Abbassi Bijian,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV420-292

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated May 9, 2022, Plaintiff's claims against Defendants Timothy Ruffini, The Office of District Attorney, and the Savannah Police Department are dismissed. Plaintiff's claims against Defendant Bijian dismissed without prejudice. This action stands closed.

May 9, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020